**Gerald Noble, OSB# 104634**
E-mail: invisionlawfirm@live.com
INVISION LAW FIRM
6830 NE Broadway, #17
Portland, OR 97213
Tel: (503) 208 - 4260
Fax: (866) 998 – 1846

**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Paul Banks. ,<br><br>          Plaintiff,<br><br>     vs.<br><br>STATE OF OREGON, JOHN DOES ONE and TWO in their individual and official capacities as peace officers of the Oregon State Police<br><br>          Defendants. | Case No: 3:12-cv-01982-HU<br><br>COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW FROM CASE |

**MOTION**

Pursuant to LR 83-11(a), counsel for plaintiff Paul Banks ("Mr. Noble") respectfully moves the court for permission to withdraw as the attorney for plaintiff in this matter. The attached Declaration of Counsel filed contemporaneously herewith supports this Motion.

DATED this 10th day of NOVEMBER, 2012.

**Dated**: NOVEMBER 10, 2012      **By**:   INVISION LAW FIRM

s/ Gerald Noble_____
GERALD NOBLE, OSB# 104634
Telephone: (503) 208 – 4260
Fax: (866) 998 - 1846
Email: invisionlawfirm@live.com

**Attorney for Plaintiff**

PAGE 1 - COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW FROM CASE
INVISION LAW FIRM
6830 NE Broadway, #17|Portland | OR | 97213
(503) 208 – 4260 |Fax (866) 998 – 1846

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2012, I caused to be served a copy of the

foregoing COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW FROM CASE and

DECLARATION OF GERALD NOBLE IN SUPPORT OF COUNSEL FOR

PLAINTIFF'S MOTION TO WITHDRAW FROM CASE on the following person(s) in

the manner indicated below:

Paul Banks
1265 SW 35th Street
Corvallis, OR, 97333

☐ by **Email**
☐ by **Fax**
☒ by **Hand Delivery**
☒ by **First Class Mail**
☐ by **CM/ECF**

Michael Jordan
Oregon Department of Administrative Services
155 Cottage St. NE, U20
Salem, OR 97301-3972

☐ by **Email**
☐ by **Fax**
☒ by **Hand Delivery**
☒ by **First Class Mail**
☐ by **CM/ECF**

**Dated**: November 10, 2012                     INVISION LAW FIRM


**By**:   /s/ Gerald Noble_____
         GERALD NOBLE, OSB# 104634
         iNvision Law Firm
         Telephone: (503) 208 – 4260
         Email: invisionlawfirm@live.com


PAGE 2 - CERTIFICATE OF SERVICE