**Gerald Noble, OSB# 104634**
E-mail: invisionlawfirm@live.com
INVISION LAW FIRM
6830 NE Broadway, #17
Portland, OR 97213
Tel: (503) 208 - 4260
Fax: (866) 998 – 1846

**Attorney for Plaintiff**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| Paul Banks, an individual, | Case No: 3:12-cv-01982-HU |
| Plaintiff, | |
| vs. | DECLARATION OF GERALD NOBLE IN SUPPORT OF COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW FROM CASE |
| STATE OF OREGON, JOHN DOES ONE and TWO in their individual and official capacities as peace officers of the Oregon State Police | |

I Gerald Noble, declare as follows:

1.     I am counsel for plaintiff in the above-captioned matter and make the following declaration upon personal knowledge and in support of Counsel for Plaintiff's Motion to Withdraw from Case**.**

2.     I have discussed with Plaintiff and Plaintiff agrees and understands that as of the date the Order granting this Motion is entered that I will no longer be representing them in the above-entitled matter.

3.     We have further discussed and Plaintiff understands and agrees that they are responsible for responding to requests from the court in a timely manner and that he is otherwise responsible for prosecuting this action.

PAGE 1 – DECLARATION OF GERALD NOBLE IN SUPPORT OF COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW FROM CASE

4.      I have also discuss with Plaintiff complaint of understands that he must act diligently and prosecuting this action.

5.      Plaintiff has indicated that he is intending to see a replacement castle in this manner.

6.       Finally this withdrawal satisfies the requirements of the Oregon Rules of Professional Conduct, RULE 1.16 Declining or Terminating Representation

I declare under the penalty of perjury that the foregoing is true and correct,

**Dated**: NOVEMBER 10, 2012                    INVISION LAW FIRM

**By**:      /s/ Gerald Noble
            _____
            GERALD NOBLE, OSB#104634
            6830 NE Broadway, #17
            Portland, OR, 97213 - 5374
            Telephone: (503) 208 – 4260
            Email: invisionlawfirm@live.com

**Attorney for Plaintiff**

PAGE 2 – DECLARATION OF GERALD NOBLE IN SUPPORT OF COUNSEL FOR PLAINTIFF'S MOTION TO WITHDRAW FROM CASE