IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PAUL BANKS, | |
|   Plaintiff, | Civil No. 3:12-cv-01982-HU |
| v. | |
| STATE OF OREGON; JOHN DOES ONE AND TWO, in their individual and official capacities as peace officers of the Oregon State Police, | JUDGMENT |
|   Defendant. | |

BROWN, District Judge.

On March 27, 2013, the court entered an Order to Show Cause which set a deadline of April 19, 2013, for plaintiff to show good cause why this case should not be dismissed for failure to prosecute. To date, plaintiff has filed nothing in response to the order. Accordingly,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED, without prejudice.

DATED this 25th day of April, 2013.

_____
Anna J. Brown
United States District Judge